THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES SILAGY, Defendant-Appellant.

(No. 12532;

Fourth District—November 21, 1974.

Opinion by Mr. JUSTICE CRAVEN.

Richard J. Wilson and Thomas Nelson, both of State Appellate Defender's Office, of Springfield, for appellant.

No appearance for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES DYE, Defendant-Appellant.

(No. 12299;

Fourth District—November 21, 1974.